**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-12955 |
| | § | |
| JAIME R. CASAS | § | |
| TARA M. CASAS | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>03/29/2013</u>. The undersigned trustee was appointed on <u>03/29/2013</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $1,838.96

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $17.79 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | | |
   | Leaving a balance on hand of[1] | $1,821.17 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/06/2013 and the deadline for filing government claims was 09/25/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $459.74. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $459.74, for a total compensation of $459.74[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $2.80, for total expenses of $2.80.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/20/2014                           By:   /s/ David P. Leibowitz
                                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

#### ASSET CASES

Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 13-12955-JPC | |
| **Case Name:** | CASAS, JAIME R. AND CASAS, TARA M. | |
| **For the Period Ending:** | 1/20/2014 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 03/29/2013 (f) |
| **§341(a) Meeting Date:** | 05/30/2013 |
| **Claims Bar Date:** | 09/06/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 Real estate located at 119 N. Berteau Ave. Bartlett, IL 60103 | $133,089.00 | $0.00 | | $0.00 | FA |
| 2 Checking account with PNC Bank | $500.00 | $0.00 | | $0.00 | FA |
| 3 Miscellaneous used household goods and furnishings | $625.00 | $0.00 | | $0.00 | FA |
| 4 Books, Pictures, and CD's | $100.00 | $0.00 | | $0.00 | FA |
| 5 Wearing Apparel | $975.00 | $975.00 | | $0.00 | FA |
| 6 Miscellaneous Costume Jewelry | $130.00 | $0.00 | | $0.00 | FA |
| 7 Term Life Insurance policy through employer - (No cash surrender value) | $0.00 | $0.00 | | $0.00 | FA |
| 8 401(k) / Retirement plan through employer - 100% exempt. | $6,000.00 | $6,000.00 | | $0.00 | FA |
| 9 Stock - Manpower Stock - 41 Shares at $47.19 per share | $1,933.56 | $0.00 | | $1,838.96 | FA |
| 10 Estimated 2012 tax refund of $4044.00 - Has not been received prior to filing the bankruptcy case | $4,044.00 | $0.00 | | $0.00 | FA |
| 11 Automobile - 2003 Chevrolet Venture - 140,000 miles - Paid in Full - Full Coverage Auto Insurance | $1,575.00 | $0.00 | | $0.00 | FA |
| 12 Automobile - 1998 Lexus ES 300 - 140,000 miles - Paid in Full - Full Coverage Auto Insurance | $2,594.00 | $0.00 | | $0.00 | FA |
| 13 Automobile - 1995 Geo Prizm - 150,000 miles - Paid in Full - Full Coverage Auto Insurance | $400.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

| $151,965.56 | $6,975.00 | | $1,838.96 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

| 06/05/2013 | Debtor wants to liquidate stock in order to pay estate. |
|---|---|
| 06/05/2013 | Debtor will liquidate stock and send us funds |
| 06/26/2013 | ------ |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 |
| **Current Projected Date Of Final Report (TFR):** | |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

Case 13-12955   Doc 20   Filed 03/11/14   Entered 03/11/14 12:06:59   Desc Main

CASH RECEIPTS AND DISBURSEMENTS RECORD

Document   Page 4 of 10

Exhibit B

| Case No. | 13-12955-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CASAS, JAIME R. AND CASAS, TARA M. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8648 | | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/29/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/20/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/26/2013 | (9) | Jaime Casas | Payment for Stocks | 1129-000 | $1,838.96 | | $1,838.96 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.28 | $1,838.68 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.96 | $1,835.72 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.15 | $1,832.57 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.67 | $1,829.90 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.95 | $1,826.95 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.94 | $1,824.01 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.84 | $1,821.17 |
| | | | **TOTALS:** | | $1,838.96 | $17.79 | $1,821.17 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,838.96 | $17.79 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,838.96 | $17.79 | |

| For the period of 3/29/2013 to 1/20/2014 | | For the entire history of the account between 06/26/2013 to 1/20/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,838.96 | Total Compensable Receipts: | $1,838.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,838.96 | Total Comp/Non Comp Receipts: | $1,838.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $17.79 | Total Compensable Disbursements: | $17.79 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17.79 | Total Comp/Non Comp Disbursements: | $17.79 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| **Case No.** | 13-12955-JPC | |
| **Case Name:** | CASAS, JAIME R. AND CASAS, TARA M. | |
| **Primary Taxpayer ID #:** | **-***8648 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/29/2013 | |
| **For Period Ending:** | 1/20/2014 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******5501 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $1,838.96 | $17.79 | $1,821.17 |

**For the period of 3/29/2013 to 1/20/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1,838.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,838.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between  03/29/2013 to 1/20/2014**

| | |
|---|---|
| Total Compensable Receipts: | $1,838.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,838.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# CLAIM ANALYSIS REPORT

Page No:  1

Exhibit C

**Case No.**  13-12955-JPC

**Case Name:**  CASAS, JAIME R. AND CASAS, TARA M.

**Claims Bar Date:**  09/06/2013

**Trustee Name:** David Leibowitz

**Date:** 1/20/2014

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $2.80 | $0.00 | $0.00 | $0.00 | $2.80 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $459.74 | $0.00 | $0.00 | $0.00 | $459.74 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR<br><br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City OK 73126-8941 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $6,839.28 | $0.00 | $0.00 | $0.00 | $6,839.28 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR MIDLAND FUNDING LLC<br>Chase Bank USA, N.A.<br>PO Box 268941<br>Oklahoma City OK 73126-8941 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,941.37 | $0.00 | $0.00 | $0.00 | $1,941.37 |
| 3 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,038.94 | $0.00 | $0.00 | $0.00 | $1,038.94 |
| 4 | ASSET ACCEPTANCE LLC ASSIGNEE  NICOR GAS COMPANY<br>PO Box 2036<br>Warren MI 48090 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $153.00 | $0.00 | $0.00 | $0.00 | $153.00 |
| 5 | ASSET ACCEPTANCE LLC ASSIGNEE  DELL<br><br>PO Box 2036<br>Warren MI 48090 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,249.21 | $0.00 | $0.00 | $0.00 | $3,249.21 |
| | | | | | **$13,684.34** | **$0.00** | **$0.00** | **$0.00** | **$13,684.34** |

# CLAIM ANALYSIS REPORT

Exhibit C

| | |
|---|---|
| **Case No.** | 13-12955-JPC |
| **Case Name:** | CASAS, JAIME R. AND CASAS, TARA M. |
| **Claims Bar Date:** | 09/06/2013 |

**Trustee Name:** David Leibowitz

**Date:** 1/20/2014

## CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $3,402.21 | $3,402.21 | $0.00 | $0.00 | $0.00 | $3,402.21 |
| Payments to Unsecured Credit Card Holders | $9,819.59 | $9,819.59 | $0.00 | $0.00 | $0.00 | $9,819.59 |
| Trustee Compensation | $459.74 | $459.74 | $0.00 | $0.00 | $0.00 | $459.74 |
| Trustee Expenses | $2.80 | $2.80 | $0.00 | $0.00 | $0.00 | $2.80 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:         13-12955
Case Name:     JAIME R. CASAS
                        TARA M. CASAS
Trustee Name:   David P. Leibowitz

Balance on hand:            $1,821.17

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:            $0.00
Remaining balance:            $1,821.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $459.74 | $0.00 | $459.74 |
| David P. Leibowitz, Trustee Expenses | $2.80 | $0.00 | $2.80 |

Total to be paid for chapter 7 administrative expenses:            $462.54
Remaining balance:            $1,358.63

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:            $0.00
Remaining balance:            $1,358.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:            $0.00
Remaining balance:            $1,358.63

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $13,221.80 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $6,839.28 | $0.00 | $702.78 |
| 2 | American InfoSource LP as agent for Midland Funding LLC | $1,941.37 | $0.00 | $199.49 |
| 3 | Capital One Bank (USA), N.A. | $1,038.94 | $0.00 | $106.76 |
| 4 | Asset Acceptance LLC assignee NICOR GAS COMPANY | $153.00 | $0.00 | $15.72 |
| 5 | Asset Acceptance LLC assignee  DELL | $3,249.21 | $0.00 | $333.88 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $1,358.63 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**