**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 13-12955
§
JAIME R. CASAS §
TARA M. CASAS §
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 04/17/2014, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/17/2014     By:  /s/ David P. Leibowitz
                                  Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 13-12955 |
|---|---|---|
|  | § |  |
| JAIME R. CASAS | § |  |
| TARA M. CASAS | § |  |
|  | § |  |
| Debtor(s) | § |  |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $1,838.96 |
| *and approved disbursements of* | $17.79 |
| *leaving a balance on hand of[1]:* | $1,821.17 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $1,821.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $459.74 | $0.00 | $459.74 |
| David P. Leibowitz, Trustee Expenses | $2.80 | $0.00 | $2.80 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $462.54 |
| Remaining balance: | $1,358.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,358.63 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $1,358.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $13,221.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $6,839.28 | $0.00 | $702.78 |
| 2 | American InfoSource LP as agent for Midland Funding LLC | $1,941.37 | $0.00 | $199.49 |
| 3 | Capital One Bank (USA), N.A. | $1,038.94 | $0.00 | $106.76 |
| 4 | Asset Acceptance LLC assignee NICOR GAS COMPANY | $153.00 | $0.00 | $15.72 |
| 5 | Asset Acceptance LLC assignee DELL | $3,249.21 | $0.00 | $333.88 |

| | Total to be paid to timely general unsecured claims: | $1,358.63 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                         Case No. 13-12955-JPC
Jaime R. Casas                                                 Chapter 7
Tara M. Casas
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cmendoza1              Page 1 of 2                  Date Rcvd: Mar 18, 2014
                              Form ID: pdf006              Total Noticed: 22
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2014.
db/jdb       +Jaime R. Casas,    Tara M. Casas,    119 N. Berteau Ave.,    Bartlett, IL 60103-4101
20253072     +Alpha Recovery Corp,    5660 Greenwood Place Suite 101,    Englewood, CO 80111-2417
20253074     +Atg Credit,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1166
20253075     +Blitt and Gaines PC,    Attn: Bankruptcy Dept.,    661 Glenn Ave,   Wheeling, IL 60090-6017
20253076    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
20638661      Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
20253078     +Central DuPage Hospital,    Attn: Bankruptcy Dept.,    Dept. 4698,   Carol Stream, IL 60122-0001
20253079     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20253081    #+Creditors Financial Group,    3131 South Vaughn Way Ste 12,    Aurora, CO 80014-3501
20253082     +Firstsource Advantage, LLC,    Attn: Bankruptcy Dept.,    205 Bryant Woods South,
               Buffalo, NY 14228-3609
20253083    #+Fulton, Friedman, & Gullance, LLP,    5 East Van Buren,    Suite 214,   Joliet, IL 60432-4224
20253084     +Green Leaf Solutions,    PO Box 12274,   Everett, WA 98206-2274
20253085     +Mbb,   1460 Renaissance Dr,    Park Ridge, IL 60068-1349
20253086     +Merchants Credit Guide,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6908
20253088     +Pnc Mortgage,    6 N Main St,   Dayton, OH 45402-1908
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20620699      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 19 2014 01:49:56
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
20643602     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 19 2014 01:44:48
               Asset Acceptance LLC assignee  DELL,    PO Box 2036,   Warren, MI 48090-2036
20643588     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 19 2014 01:44:48
               Asset Acceptance LLC assignee  NICOR GAS COMPANY,    PO Box 2036,   Warren, MI 48090-2036
20253073     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 19 2014 01:44:48     Asset Acceptance Llc,
               Po Box 1630,   Warren, MI 48090-1630
20253077     +E-mail/Text: cms-bk@cms-collect.com Mar 19 2014 01:44:22     Capital Management Services, LP,
               726 Exchange Street,    Suite 700,   Buffalo, NY 14210-1464
20253080     +E-mail/Text: clerical.department@yahoo.com Mar 19 2014 01:43:49     Creditors Collection B,
               755 Almar Pkwy,   Bourbonnais, IL 60914-2393
20253087     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2014 01:44:53     Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2014                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2014 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Joseph P Doyle    on behalf of Joint Debtor Tara M. Casas joe@fightbills.com,
               courts@fightbills.com
```

```
District/off: 0752-1           User: cmendoza1              Page 2 of 2              Date Rcvd: Mar 18, 2014
                               Form ID: pdf006              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Joseph P Doyle    on behalf of Debtor Jaime R. Casas joe@fightbills.com, courts@fightbills.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                    TOTAL: 4